**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MITCHELL ROSAS-REYES[1] | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| FEDERAL BUREAU OF INVESTIGATION | * | Civil Action No: 26-______ |
| | * | |
| | * | |
| and | * | |
| | * | |
| DEPARTMENT OF JUSTICE | * | |
| | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**COMPLAINT**

Plaintiff Mitchell Rosas-Reyes ("Mr. Rosas-Reyes") brings this action against the Federal Bureau of Investigation ("FBI") and its parent agency the Department of Justice ("DOJ") (collectively "Defendants") for the purposes of seeking declaratory relief as well as damages pursuant to the Privacy Act, 5 U.S.C. § 552a et seq., the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, and the All Writs Act, 28 U.S.C. § 1651.

Mr. Rosas-Reyes was the subject of an intentional vindictive, malicious undertaking by officials employed by the Defendants who have unlawfully leaked information retrieved from his Privacy Act Systems of Records to third parties, most notably to the right-wing activist organization O'Keefe Media Group ("OMG") and its founder James O'Keefe ("O'Keefe"). This behavior is the epitome of the unprofessionalism and unlawful behavior that has permeated the current leadership at the Defendants.

[1] Pursuant to LCvR 5.1(c)(1), as revised March 23, 2022, the Plaintiff's home address was filed under seal with the Court. Dkt. 2.

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552a(g) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate in this District under 5 U.S.C. §§ 552a(g)(5) and 28 U.S.C. § 1391.

## PARTIES

3. Mr. Rosas-Reyes is a former FBI contractor where he was a Senior Paralegal Specialist. His place of employment was the District of Columbia.

4. Defendant FBI is an agency of the United States as defined by 5 U.S.C. §§ 552a(a), (e), and subject to the jurisdiction of this Court. One or more employees of the FBI are responsible for the unlawful actions taken against Mr. Rosas-Reyes.

5. Defendant DOJ is an agency of the United States as defined by 5 U.S.C. §§ 552a(a), (e), and subject to the jurisdiction of this Court. DOJ is responsible for the actions of its component Defendant FBI.

## FACTS

6. Mr. Rosas-Reyes graduated from college with a degree in Political Science and an emphasis on Global Politics and Economics. After college he attended post-graduate studies and graduated with a Master of Public Administration degree in 2011. Following completion of his graduate degree, Mr. Rosas-Reyes moved to Washington, D.C. and found work as a contractor for various federal agencies to include the Department of Homeland Security, the Department of State, the United States Agency for International Development and the Defendants. Much of his professional experience has been handling

Freedom of Information Act matters and legal operations. In March 2025, he was hired by the federal contractor Guidehouse (*https://guidehouse.com/)* to work as a paralegal on a contract with Defendant FBI. He began his work with Defendant FBI at its Headquarters in Washington D.C. in April 2025 and was assigned to a team within the Office of the General Counsel working on discovery matters.

7. At Defendant FBI, Mr. Rosas-Reyes supported tasks to include litigation readiness, eDiscovery, and records compliance. He worked in a cubicle under the supervision of a Guidehouse project manager ("PM") and deputy project manager ("DPM"), as well as with an FBI senior discovery counsel. An FBI contracting officer's representative ("COR") worked with his team to coordinate between Guidehouse and the FBI. Mr. Rosas-Reyes enjoyed his work with Defendant FBI, which he found meaningful and challenging, and he never had any performance issues. Both the COR and the senior discovery counsel informed him on more than one occasion that they were very pleased with his performance and his contributions to the team.

8. On Saturday, August 2, 2025, Mr. Rosas-Reyes went out on a dinner date in Washington, D.C. with a young woman he knew as "Skylar" who he had met on a dating app. The woman, however, had fraudulently represented herself. Her true name was Dominique Phillips ("Phillips") and she was an undercover operative for the right-wing activist organization OMG and its founder, O'Keefe.

9. During their date, Phillips, on behalf of OMG and O'Keefe, secretly audiotaped Mr. Rosas-Reyes, without his knowledge or consent in violation of 18 U.S.C. § 2511 and D.C. Code § 23-542.

10. One month later, on or about Friday, September 5, 2025, Mr. Rosas-Reyes received a text message on his personal cell phone from an individual who identified themselves as "Raider"

and claimed they were a journalist with OMG. "Raider" further claimed he was planning on posting "a leaked audio tape" of Mr. Rosas-Reyes "speaking about new details in the Jeffrey Epstein Case." The text further stated that Mr. Rosas-Reyes, as a "Senior Specialist official for the DOJ/FBI spoke about how the Epstein Files would not be released until this administration is over, and claim there are a lot of powerful Democrats on the list." The message went on to claim Mr. Rosas-Reyes had also said "there is something being covered up in the Epstein case" and that "DOJ is covering for someone or some people." The text stated they had an 11:30 am deadline and wanted his comment on the matter, and that they had already reached out to the Defendants about his comments. Finally, it provided various direct quotes that were being attributed to him.

11. That afternoon, Mr. Rosas-Reyes was brought to speak with an individual in the FBI's security office. While in the security office he was told he was being removed from his position due to "suitability issues" and that he would be escorted out of the building. No further details were provided.

12. On Monday, September 8, 2025, OMG and O'Keefe posted a YouTube video at *https://www.youtube.com/watch?v=0OaKT713zy0* with the headline: "BREAKING NEWS: FBI Senior Official Mitchell Rosas TERMINATED & ESCORTED out of FBI Headquarters." In the video, which is approximately 2:08 long, O'Keefe announces: "Breaking news. Mitchell Rosas, the senior official from the FBI that we just released a video about today, has been escorted out of the FBI building today and terminated." He then claims that OMG "just received" a statement from an FBI spokesperson which is displayed on a screen behind him. The e-mail is then posted fully to the screen as O'Keefe reads the portion as it becomes highlighted in yellow. The e-mail appears to have been sent to four persons, with the names "James" and "Raider" shown. It

includes a date and time of transmission of Friday, September 5, 2025, at 12:51 PM. The e-mail begins, “Many thanks James. I will see what I can do here.” It then continues, “In the meantime you all are free to report the individual here Mitchell Reyes Rosas [sic] has been dismissed / fired as of today, Friday, September 5. He was escorted from the building earlier.” It is signed by Ben Williamson, Assistant Director, FBI Office of Public Affairs. A true and correct copy of the screenshot of the e-mail is reproduced below:

To: ⊗ James; ⊗ Raider; **+2 others** Fri 9/5/2025 12:51 PM

Many thanks James. I will see what I can do here.

In the meantime, you all are free to report the individual here Mitchell Reyes Rosas has been dismissed / fired as of today, Friday September 5. He was escorted from the building earlier.

Get Outlook for iOS

Ben Williamson
Assistant Director
FBI Office of Public Affairs

SUBSCRIBE FOR BREAKING NEWS @ OKEEFEMEDIAGROUP.COM

(highlight in original). Upon information and belief, based on the above, there were additional conversations, in writing and/or verbal, between Defendant FBI and OMG/O’Keefe that involved Defendants retrieving information from Privacy Act protected System of Records. At the time of the filing of this Complaint, this video has been viewed over 105,360 times and generated over 8,200 likes and 632 comments. The video, which included Defendant FBI’s communication, was also posted and disseminated on other social media platforms.

13. Information concerning FBI contractors (including Mr. Rosas-Reyes), such as their access to FBI Headquarters and continuing relationship through a federal contract, is maintained within one or more FBI System of Records.

## FIRST CAUSE OF ACTION
## PRIVACY ACT – 5 U.S.C. § 552a(b), (g)

14. Mr. Rosas-Reyes repeats and realleges the allegations contained in paragraphs 6 through 13 above, inclusive.

15. Pursuant to 5 U.S.C. § 552a(b), no agency shall disclose any record which is contained in a system of records by any means of communications to any person, or to another agency, without prior written consent of the individual to whom the record pertains, with certain enumerated exceptions.

16. There is no exception that permitted Defendants to retrieve and then disseminate to unauthorized third parties Privacy Act-protected information concerning Mr. Rosas-Reyes, particularly of him being "dismissed / fired" and escorted from the building.

17. Mr. Rosas-Reyes never provided the Defendants with written (or verbal) consent to disseminate any information retrieved from one or more Systems of Records that was identifiable to him.

18. Pursuant to 5 U.S.C. § 552a(g)(1), Mr. Rosas-Reyes may bring a civil action against the Defendants for the unauthorized dissemination of information contained in a system of records.

19. Mr. Rosas-Reyes suffered actual out-of-pocket damages of no less than $67.96 for the purchase of medication as a direct result of the unlawful activities of the Defendants, and lost employment as well as diminished future opportunities.

20. Pursuant to 5 U.S.C. § 552a(g)(4), and notwithstanding what the minimal amount of actual out-of-pocket damages incurred might have been, Mr. Rosas-Reyes is entitled to monetary damages in an amount not less than $1,000, due to the intentional and willful dissemination of information by the Defendants to unauthorized third parties in violation of 5 U.S.C. § 552a(b).

**SECOND CAUSE OF ACTION**
**<u>DECLARATORY JUDGMENT ACT – 28 U.S.C. §§ 2201 and 2202</u>**

21. Mr. Rosas-Reyes repeats and realleges the allegations contained in paragraphs 6 through 13 above, inclusive.

22. Mr. Rosas-Reyes is entitled to declaratory relief on the basis of all claims identified. There is a substantial and ongoing controversy between Mr. Rosas-Reyes and the Defendants, and a declaration of rights under the Declaratory Judgment Act is both necessary and appropriate to establish that the Defendants did not have authority to disclose privacy protected information publicly about him, particularly with an intent to harm his career and professional reputation.

23. As a result of the Defendants violations of the Privacy Act, Mr. Rosas-Reyes has suffered adverse and harmful effects, including, but not limited to, actual out-of-pocket damages of no less than $67.96 for the purchase of medication and lost employment as well as diminished future opportunities.

WHEREFORE, Plaintiff Mitchell Rosas-Reyes requests that the Court award him the following relief:

(1) A declaration that Defendants FBI/DOJ's actions violated 5 U.S.C. §§ 552a(b) and/or (e)(6), and for each provision award monetary damages of not less than $1,000, the specific amount of which is to be determined at an evidentiary hearing;

(2) Award of the costs of this action and reasonable attorney fees under the Equal Access to Justice Act or any other applicable law; and,

(3) grant such other relief as the Court may deem just and proper.

Date: August 27, 2026

Respectfully submitted,

*s/Mark S. Zaid*

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for Plaintiff