**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MITCHELL ROSAS-REYES *
*
Plaintiff, *
*
v. * Civil Action No: 26-3008
*
FEDERAL BUREAU OF *
INVESTIGATION *et al.* *
*
Defendants. *
* * * * * * * * * * * *

**NOTICE OF SERVICE**

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully inform the Court that the U.S. Attorney for the District of Columbia acknowledged service was effected on September 8, 2026. Exhibit "1".

Date: September 8, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

______________________________

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for Plaintiff